No. 314. NILES BEMENT POND CO. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Karl D. Loos, E. Barrett Prettyman,* and *Preston B. Kavanaugh* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch* and *R. C. Williamson* for the United States.

No. 323. LUCAS, COMMISSIONER, *v.* KANSAS CITY STRUCTURAL STEEL CO.; and

No. 324. SAME *v.* SAME. October 21, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Hughes* and *Messrs. Sewall Key* and *Randolph C. Shaw* for petitioner. *Mr. Armwell L. Cooper* for respondent.

No. 334. BECKER STEAMSHIP CO. *v.* SNYDER. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of Ohio granted. *Messrs. Frederick L. Leckie, S. H. Holding,* and *Tracy H. Duncan* for petitioner. *Mr. Luther Day* for respondent.

No. 340. UNITED STATES *v.* UPDIKE ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Hughes* and *Mr. Sewall Key* for the United States. *Messrs. Francis A. Brogan, Alfred G. Ellick,* and *Anan Raymond* for respondents.

No. 344. CORLISS *v.* BOWERS, COLLECTOR. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Joseph M.*

544

*Hartfield* for petitioner. *Solicitor General Hughes,* and *Messrs. Randolph C. Shaw* and *F. W. Dewart* for respondent.

No. 345. U. S. SHIPPING BOARD MERCHANT FLEET CORP. *v.* HARWOOD. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Hughes* and *Messrs. Claude R. Branch* and *Chauncey G. Parker* for petitioner. *Messrs. Frederick H. Wood* and *Herbert B. Lee* for respondent.

No. 356. LUCAS, COMMISSIONER, *v.* PILLIOD LUMBER Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Hughes* and *Mr. Sewall Key* for petitioner. *Messrs. Herbert W. Nauts* and *Henry M. Ward* for respondent.

No. 363. GEORGIA POWER Co. *v.* DECATUR. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Georgia granted. *Messrs. Walter T. Colquitt* and *Ben J. Conyers* for petitioner. *Mr. Hooper Alexander* for respondent.

No. 365. ESCHER *v.* WOODS. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. Spier Whitaker* and *Lyttleton Fox* for petitioner. *Solicitor General Hughes, Assistant Attorney General Farnum,* and *Messrs. Claude R. Branch* and *Henry A. Cox* for respondent.